Robert R. Kinas (NV Bar No. 6019)
Kelly H. Dove (NV Bar No. 10569)
Blakeley E. Griffith (NV Bar No. 12386)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rkinas@swlaw.com
kdove@swlaw.com
bgriffith@swlaw.com

*Attorneys for Caterpillar Financial Services Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CAPRIATI CONSTRUCTION CORP, INC.,<br><br>Debtors.<br><br>CATERPILLAR FINANCIAL SERVICES CORP.,<br><br>Appellant(s),<br><br>v.<br><br>CAPRIATI CONSTRUCTION CORP. INC.,<br><br>Appellee(s). | BK-15-15722-abl<br><br>CHAPTER 11<br><br>Appeal Reference Number: 17-45<br><br>USDC Number: 17-cv-02637-RFB<br><br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Appellant, Caterpillar Financial Services Corp., through their counsel, Snell & Wilmer, L.L.P. and Respondent, Capriati Construction Corp. Inc., through its counsel, the law firm of Kung & Brown, and pursuant to LR IA 6-1, that Appellant Caterpillar Financial

Services Corp., shall have an additional 7 days, until January 30, 2018, to file an Reply Brief herein.  Appellant filed its Opening Brief on December 22, 2017.  Respondent filed its Answering Brief on January 9, 2018.  No hearing is yet scheduled in this matter.

This is the first request of any kind to extend time to file the Reply Brief.  There is good cause for Appellant's request, including the following:  Blakeley Griffith, a primary attorney on this matter since its inception, is currently on maternity leave.  Undersigned counsel, who is working on this matter on this appeal, and while Ms. Griffith is on leave, has had family illness issues in the week leading up to the due date of the Reply Brief, and was also involved in a minor car accident.

As such, the modest extension Appellant requests of seven (7) days is supported by good cause.

Dated: January 23, 2018.

KUNG & BROWN

By: /s/ Brandy Brown
A.J. Kung (NV Bar No. 7052)
Brandy Brown (NV Bar No. 9987)
214 S. Maryland Parkway
Las Vegas, NV 89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720

*Attorneys for Capriati Construction Corp. Inc.,*

Dated: January 23, 2018.

SNELL & WILMER L.L.P.

By: /s/ Kelly H. Dove
Robert R. Kinas (NV Bar No. 6019)
Kelly H. Dove (NV Bar No. 10569)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Caterpillar Financial Services Corporation*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of January, 2018.

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2018, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 23rd day of January, 2018.

                                    */s/ Ruby Lengsavath*
                                    An Employee of Snell & Wilmer L.L.P.

4838-7023-5482

- 1 -