Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rkinas@swlaw.com
bgriffith@swlaw.com

*Attorneys for Caterpillar Financial Services Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: CAPRIATI CONSTRUCTION CORP. INC., <br> Debtor. | Case No. 15-15722-abl <br> Chapter 11 |
| NATIONS FUND I, LLC, <br> Plaintiff, <br> v. <br> CATERPILLAR FINANCIAL SERVICES CORPORATION; CAPRIATI CONSTRUCTION CORP. INC., <br> Defendants. | Adversary No. 16-01037-abl <br><br> Appeal Reference Number: 17-45 <br><br> USDC Number: 17-cv-02637-RFB <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CATERPILLAR FINANCIAL SERVICES CORPORATION, <br> Cross-Claimant, <br> v. <br> CAPRIATI CONSTRUCTION CORP., INC., <br> Cross-Defendant. | |
| CATERPILLAR FINANCIAL SERVICES CORPORATION, <br> Counterclaimant, <br> v. <br> NATIONS FUND I, LLC, <br> Counterdefendant. | |
| CATERPILLAR FINANCIAL SERVICES CORPORATION, <br> Third Party Claimant, <br> v. <br> DAVID ROCCHIO, <br> Third Party Defendant. | |

1

4811-2297-6645

THIS STIPULATION is entered into by and among Caterpillar Financial Services Corporation ("Caterpillar"), Capriati Construction Corp., Inc. ("Capriati"), and David M. Rocchio Sr. ("Rocchio," and together with Caterpillar and Capriati, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1. That this action, including the submitted Proposed Findings of Fact and Conclusions of Law submitted to this Court on September 25, 2018 as ECF No. 16, and all claims amongst the Parties shall be dismissed with prejudice and the Proposed Findings of Fact and Conclusions of Law shall be vacated;

2. That any outstanding hearings and deadlines shall be vacated; and

3. That the Parties shall bear their own attorneys' fees and costs associated with this action and the Proposed Findings of Fact and Conclusions of Law.

Dated: February 27, 2019

SNELL & WILMER L.L.P.

/s/ Blakeley E. Griffith
Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

*Attorneys for Caterpillar Financial Services Corporation*

Dated: February 27, 2019

KUNG & BROWN

/s/ A.J. Kung
A.J. Kung (NV Bar No. 7052)
Brandy Brown (NV Bar No. 9987)
214 South Maryland Parkway
Las Vegas, NV 89101
Telephone: (702) 382-0883

*Attorneys for Capriati Construction Corp., Inc. and David M. Rocchio Sr.*

## ORDER

**IT IS SO ORDERED.**

DATED this 28th day of February, 2019.

RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted,

SNELL & WILMER L.L.P.

/s/ Blakeley E. Griffith
Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
*Attorneys for Caterpillar Financial Services Corporation*

4811-2297-6645

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 27th day of February 2019.

_Jill Math_
An Employee of Snell & Wilmer L.L.P.

4811-2297-6645